AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Four Holes Land and Cattle, LLC,
*Plaintiff*
v.                                   Civil Action No.    5:15-03858-JMC

Leon Rodriguez, Director, United States
Citizenship and Immigration Services,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the decision of the United States Citizenship and Immigration Services is upheld and the action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having made its Finding of Fact and Conclusions of Law in favor of the Defendant.

Date:   September 9, 2016                           *CLERK OF COURT*

                                                    s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*